| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Raymond H. Aver, SBN - 109577<br>Law Offices of Raymond H. Aver, APC<br>1950 Sawtelle Boulevard, Suite 328<br>Los Angeles, California 90025<br>Telephone No. (310) 473-3511<br>e-mail: ray@averlaw.com<br>[Proposed] General Insolvency Counsel for<br>L A X, LLC<br>Chapter 11 Debtor and Debtor-In-Possession | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>   L A X, LLC | CHAPTER 11<br>CASE NUMBER |
|---|---|
| Debtor. | (No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
*(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:

    L A X, LLC
    6066 Reseda Boulevard
    Tarzana, California 90335

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    L A X, LLC
    6066 Reseda Boulevard
    Tarzana, California 90335

3. Disclose the current business address(es) for all corporate officers:

    JOSEPH AMIN
    P.O. Box 491445
    Los Angeles, California 90049

4. Disclose the current business address(es) where the Debtor's books and records are located:

    L A X, LLC
    6066 Reseda Boulevard
    Tarzana, California 90335

---

Rev. 12/99  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*    **VEN-C**

| In re | L A X, LLC, | CHAPTER 11 |
|---|---|---|
| | Debtor. | CASE NUMBER |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    L A X, LLC
    1222 East Grand Avenue
    El Segundo, California 90245

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

    N/A

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

    JOSEPH AMIN, Manager
    P.O. Box 491445
    Los Angeles, California 90049

8.  Total number of attached pages of supporting documentation: ___0___

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __8th__ day of __March__, 20__11__, at __Los Angeles__, California

JOSEPH AMIN
*Type Name of Officer*

Manager
*Position or Title of Officer*

*Signature of Declarant*

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**